JAMES McCOY AND BARBARA GRIFFITHS,
    Plaintiffs,

v.                  Case No. 07-CV-104

NATIONWIDE CREDIT, INC., AND JOHN DOES 1-10,
    Defendants.

## PROTECTIVE ORDER

  Upon the Stipulation for Consent Confidentiality Order [Docket #19] entered into by plaintiffs and defendant in this matter and filed with the court on December 18, 2007;

  IT IS ORDERED that the court hereby ENTERS this Protective Order adopting the terms and conditions as set forth in the Stipulation of the parties.

  IT IS FURTHER ORDERED that Paragraph 10 is amended to reflect that only by further Order of the court shall the terms and conditions be modified.

  SO ORDERED.

  Dated at Milwaukee, Wisconsin, this <u>19th</u> day of December, 2007.

            BY THE COURT:

            <u>s/AARON E. GOODSTEIN</u>
            United States Magistrate Judge